James Horace Chambers, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

### 29843. SMITH v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 27, 1975.

Marvin Smith, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

### 29880. WHITE v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED MAY 27, 1975.

Arthur L. White, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

### 29730. CHAFFIN v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur, except Gunter and Ingram, JJ., who concur in the judgment and*